AO 440 (Rev. 10/93) Summons in a Civil Action

CA B-00-175

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE: Dec 13, 2000

NAME OF SERVER (PRINT): Rey Oropez

TITLE: Civil Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 214 W. Cano Edinburg Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
DEC 20 2000
Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 13, 2000

Signature of Server: Rey Oropez

Address of Server: 624 S. Pleasant View Dr. #17 Weslaco Tx 78596

United States District Court
Southern District RECEIVED
DEC 20 2000
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
391617.v1