AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE  CA B-00-175

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE Dec 20, 2000 |
| NAME OF SERVER (PRINT) Rey Oropez | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 3100 N. Expressway Brownsville Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
JAN 3 0 2001
Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec 20, 2000
Date

Signature of Server

624 S. Pleasant View Dr. #17, Weslaco Tx 78956
Address of Server

United States District Court
Southern District of Texas
RECEIVED
JAN 3 0 2001  2:15 pm
Michael N. Milby, Clerk

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
391617.v1