AO 440 (Rev. 10/93) Summons in a Civil Action

CA-B-00-175

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup>    DATE Feb 19, 2001 |
| NAME OF SERVER (PRINT) Rey Oropez    TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: 601 E. Nolana McAllen Tx ~~3100 N. Expressway, Brownsville Tx~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
FEB 22 2001
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 19, 2001
        Date         Signature of Server

624 S. Pleasant View Dr. #17 Weslaco Tx 78596
Address of Server

United States District Court
Southern District of Texas
RECEIVED
FEB 22 2001
Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
391617.v1