8

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

PARADIGM INSURANCE §
§
§
versus § CIVIL ACTION: B: 00-175
§
§
AK'S SPORTS PUB §

# Order Resetting Conference

The intial pre-trial conference set for *March 26, 2001,* has been reset to:

## April 16, 2001 at 1:45 p.m.

Signed on _March 5_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge