9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Pardigm Insurance Company, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-175 |
| § | |
| AK's Sports Pub Inc., § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on April 3, 2001, the Court **ORDERED** the Parties to submit their Joint Case Management Plan pursuant to Chamber Rule 7(A)(1) by 4:00 p.m. on Wednesday, April 4, 2001.

DONE at Brownsville, Texas, this 3rd day of April 2001.

Hilda G. Tagle
United States District Judge