10

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PARADIGM INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. B-00-175 |
| AK'S SPORTS PUB, INC., AK'S SPORTS, | § | |
| INC., d/b/a AK'S SPORTS PUB, | § | |
| ARTURO KALIFA, d/b/a AK'S SPORTS | § | |
| PUB, and LEO KALIFA, d/b/a AK'S | § | |
| SPORTS PUB, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SEIZURE, ORDER OF REHABILITATION, AND ORDER OF
INJUNCTIVE RELIEF REGARDING PARADIGM INSURANCE COMPANY**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff Paradigm Insurance Company ("Paradigm"), and files this Notice of Seizure, Order of Rehabilitation, and Order of Injunctive Relief Regarding Paradigm Insurance Company, and would show the Court as follows:

1. On or about March 13, 2001, the Marion Circuit Court of the State of Indiana entered its Seizure Order regarding Paradigm in cause number 49C01-0103-MI-000617 ("the seizure proceeding"). A true and correct copy of the Seizure Order is attached hereto as Exhibit "A." The seizure order authorizes the Commissioner of the Department of Insurance of the State of Indiana ("the Commissioner") to take immediate possession and control over all property and assets of Paradigm.

NOTICE OF SEIZURE, ORDER OF REHABILITATION, AND ORDER OF INJUNCTIVE RELIEF
REGARDING PARADIGM INSURANCE COMPANY - Page 1

2.      On or about March 13, 20001, an Order of Rehabilitation was also entered in the seizure proceeding. A true and correct copy of the Order or Rehabilitation is attached hereto as Exhibit "B." The Order of Rehabilitation authorizes the Commissioner to take the necessary steps to seize and manage Paradigm's assets.

3.      On or about March 22, 2001, an Order for Injunctive and Other Relief was entered in the seizure proceeding ("the Injunction"). A true and correct copy of the Injunction is attached hereto as Exhibit "C." The Injunction enjoins further action in, *inter alia*, any proceeding potentially effecting Paradigm or its assets.

4.      Based on the Seizure Order, Order of Rehabilitation, and the Injunction, Paradigm requests the Court stay further proceedings in this matter pending further action in the seizure proceeding. Additionally, Paradigm requests the Court vacate its order requiring the filing of joint status report in this case by 4:00 p.m. on April 4, 2001, and vacate its order setting a scheduling conference in this case for April 16, 2001, at 1:45 p.m.

Respectfully submitted,

TOUCHSTONE, BERNAYS, JOHNSTON,
BEALL & SMITH, L.L.P.

_____
Gregory R. Ave
State Bar No. 01448900
4700 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2196
Facsimile No. (214) 741-7548
Telephone (214) 741-1166

ATTORNEYS FOR PLAINTIFF
PARADIGM INSURANCE COMPANY

**NOTICE OF SEIZURE, ORDER OF REHABILITATION, AND ORDER OF INJUNCTIVE RELIEF REGARDING PARADIGM INSURANCE COMPANY - Page 2**

## CERTIFICATE OF SERVICE

On April 3, 2001, a copy of the foregoing instrument was forward via FedEx to counsel for defendants as follows

Roberto M. Garcia, Esquire
214 West Cano
Edinburg, Texas 78539.

ATTORNEY FOR DEFENDANTS

_____
Gregory R. Ave

NOTICE OF SEIZURE, ORDER OF REHABILITATION, AND ORDER OF INJUNCTIVE RELIEF
REGARDING PARADIGM INSURANCE COMPANY - Page 3

# EXHIBIT "A"

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49C01-0103-MT-617 |

SALLY B. McCARTY, as the Insurance )
Commissioner of the Department of )
Insurance of the State of Indiana, )
                                       Petitioner, )
                                       v. )
PARADIGM INSURANCE COMPANY, )
                                       Respondent. )

FILED

MAR 13 2001

Jack M. T[...]
CLERK OF THE
MARION CIRCUIT CO[...]

## SEIZURE ORDER

On the 12th day of March, 2001, Sally B. McCarty, as the Commissioner of the Department of Insurance of the State of Indiana ("Commissioner"), filed a Verified Petition For Seizure Order ("Seizure Petition") as against Paradigm Insurance Company ("Paradigm"). Having considered the Seizure Petition, other filings made simultaneously herewith and being duly advised, the Court finds that the relief sought in the Seizure Petition should be immediately granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that:

1. The Commissioner is authorized and directed to take immediate possession and control of all property and assets of Paradigm, of whatsoever kind, wheresoever located and regardless of whether in possession of Paradigm, its officers, directors, employees, agents, affiliates or other persons or entities, including but not limited to, books, accounts, records, documents, data processing and computer information, evidence of debt, bank accounts, bonds,

debentures and other securities, mortgages, furniture, fixtures, office supplies, and equipment, and all real property of Paradigm;

2. The Commissioner is authorized and directed to take immediate possession of any premises occupied by Paradigm for the transaction of its business;

3. Paradigm, Queensway, their respective officers, directors, shareholders, managers, agents, employees, affiliates and others are enjoined from the disposition of Paradigm's property and from the transaction of Paradigm's business, including but not limited to the payment of policyholder claims, until further order of this Court;

4. The officers, directors, shareholders, managers, agents, employees, affiliates and any other persons or entities with authority over or in charge of any segment of Paradigm's business, are hereby directed to cooperate with the Commissioner in accordance with Ind. Code 27-9-1-5, including making available to the Commissioner all books, accounts, documents, data processing and computer information, or other records, information or property of or pertaining to Paradigm in his/her/its possession;

5. The Commissioner is authorized to retain, at Paradigm's expense, such attorneys, actuaries, accountants and other experts as shall be reasonably necessary to assist in the seizure of Paradigm's property and subsequent evaluation of Paradigm's true financial condition;

6. This Order shall remain in effect for a period of thirty (30) days, unless extended by the Court, to permit the Commissioner to conduct an evaluation of the financial condition of Paradigm and to determine whether the company can be rehabilitated or whether a Petition For Liquidation should be filed; and

7. The Court retains jurisdiction to issue such further Orders as it may deem appropriate.

DATED: _____ MAR 13 2001

_[signature]_
_____
JUDGE, Marion Circuit Court

COPIES TO:

Donald J. Graham, Esq.
BINGHAM SUMMERS WELSH & SPILMAN
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Paradigm Insurance Company
9000 Wessex Place, Suite 300
Louisville, KY 40222

Queensway Financial Holdings Limited
90 Adelaide St. West, Suite 500
Toronto, Ontario M5H-3V9
Canada
        -and-
Queensway Financial Holdings Limited
28819 Franklin Road, Suite 300
Southfield, MI 48034

526291

[Seal: OFFICIAL CERTIFIED COPY — 3.13.01 — TRUE AND COMPLETE — Sarah M Taylor — CLERK OR DEPUTY — SARAH M. TAYLOR CLERK OF COURTS]

# EXHIBIT "B"

ClibPDF - www.fastio.com

STATE OF INDIANA     )
                     ) SS:
COUNTY OF MARION     )

IN THE MARION CIRCUIT COURT

CAUSE NO. 49C01-0103-MI-617

SALLY B. McCARTY, as the Insurance  )
Commissioner of the Department of   )
Insurance of the State of Indiana,  )
                                    )
          Petitioner,               )
                                    )
     v.                             )
                                    )
PARADIGM INSURANCE COMPANY,         )
                                    )
          Respondent.               )

FILED

MAR 13 2001

## ORDER OF REHABILITATION

On the 12th day of March, 2001, Sally B. McCarty, as the Commissioner of the Department of Insurance of the State of Indiana ("Commissioner"), filed a Verified Petition For Rehabilitation ("Rehabilitation Petition") as against Paradigm Insurance Company ("Paradigm"). Having considered the Rehabilitation Petition, other filings made simultaneously herewith and being duly advised, the Court finds that the relief sought in the Rehabilitation Petition should be immediately granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that:

1. The Commissioner, and her successors in office, is hereby appointed as the Rehabilitator of Paradigm, pursuant to Ind. Code 27-9-3, and the Commissioner is bestowed with all authority and powers of a Rehabilitator as provided by such statutes;

2. The Rehabilitator is directed to take possession of the assets of Paradigm as soon as possible and to administer them under the general supervision of this Court;

3. The Rehabilitator shall provide accountings to this Court at such intervals as the Court may specify;

4. The Rehabilitator is authorized to employ and fix the compensation of the Special Deputies, counsel, clerks and assistants of the Rehabilitator, to pay all expenses of taking possession of Paradigm and other costs and expenses of the administration of this proceeding, and to pay such compensation and other costs and expenses of administration out of the funds or assets of Paradigm; and

5. The Court retains jurisdiction to issue such further Orders as it may deem appropriate.

DATED: MAR 1 3 2001

*William T. Lawrence*

JUDGE, Marion Circuit Court

COPIES TO:

Donald J. Graham, Esq.
BINGHAM SUMMERS WELSH & SPILMAN
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Paradigm Insurance Company
9000 Wessex Place, Suite 300
Louisville, KY 40222

Queensway Financial Holdings Limited
90 Adelaide St. West, Suite 500
Toronto, Ontario M5H-3V9
Canada
    -and-
Queensway Financial Holdings Limited
28819 Franklin Road, Suite 300
Southfield, MI 48034

526287

# EXHIBIT "C"

ClibPDF - www.fastio.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49C01-0103-MI-000617 |

SALLY B. McCARTY, as the Insurance )
Commissioner of the Department of )
Insurance of the State of Indiana, )
                                     )
        Petitioner, )
                                     )
        v. )
                                     )
PARADIGM INSURANCE COMPANY, )
                                     )
        Respondent. )

FILED
MAR 22 2001

## ORDER FOR
## INJUNCTIVE AND OTHER RELIEF

On the 21st day of March, 2001, Indiana Insurance Commissioner Sally B. McCarty, as the Rehabilitator of Paradigm Insurance Company ("Paradigm"), filed a Verified Petition For Injunctive and Other Relief in the above captioned matter ("Petition"). Having considered the Petition, other filing and Orders in this proceeding and being duly advised, the Court finds that the kinds of actions or proceedings described in paragraphs 6, 7 and 8 of the Petition constitute an interference with the receivership proceedings in this Court; that an injunction should be entered to prevent the commencement, prosecution or further prosecution or the taking of any and all such actions or proceedings; and that the other relief as requested in the Petition should also be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that:

      (A)     Paradigm's policyholders, insureds, creditors, shareholders, agents, brokers, reinsurers, ceding companies, reinsurance treaty holders, affiliates and all other persons are hereby enjoined from:

MAR 23 2001

(1) the commencement, prosecution or further prosecution of any suit, action or other proceeding against or involving Paradigm or the Rehabilitator in the nature of a class action under Rule 23 of the Federal Rules of Civil Procedure, or any comparable state or federal procedure or equitable law, rule or doctrine;

(2) the commencement, prosecution or further prosecution of any suit, action or other proceeding, on behalf of, in the name of, or against or involving Paradigm or the Rehabilitator in the nature of a derivative action under Rule 23.1 of the Federal Rules of Civil Procedure, or any comparable state or federal procedure or equitable law, rule or doctrine;

(3) the commencement, prosecution or further prosecution of any suit, action or other proceeding against or involving Paradigm or the Rehabilitator, by way of original claim, third party claim, joinder or otherwise (or by way of a claim against an insured of Paradigm as to which Paradigm may be obligated to defend or pay a judgment) which seeks any one or more of the following kinds of relief against Paradigm or the Rehabilitator, whether solely or in the alternative and whether joint, several or joint and several with respect to one or more other defendants.

(i) money damages;

(ii) punitive damages;

(iii) appointment of a receiver, trustee, referee, master or other similar court officer;

(iv) mandatory or prohibitive injunction or restraining order;

(v) specific performance;

(vi) imposition of a constructive trust or equitable lien;

2

(vii) specific performance, rescission or similar relief arising from the issuance of any insurance product of Paradigm or the entering into any contract by or with Paradigm; or

(viii) declaratory relief as to liability in the nature of any of the foregoing;

(4) the obtaining of a preference, judgment, attachment, garnishment or lien against Paradigm or its property or assets, or any part thereof, wherever located, or the levying of execution against Paradigm or its property or assets, or any part thereof, wherever located, or the repossession of the property or assets of Paradigm, or any part thereof, wherever located, or the commencement, prosecution or further prosecution of any suit, action or proceeding having any such purpose or effect;

(5) the transfer, waste or disposition of the bank accounts or any of the property or assets of Paradigm, the transaction of any business of Paradigm without the approval of the Rehabilitator, or the withholding from the Rehabilitator of the books, accounts, documents, data processing and computer information, or other records relating to the business of Paradigm;

(6) the making of any sale or deed for nonpayment of taxes or assessments that would lessen the value of Paradigm, and

(7) any other threatened or contemplated action that might lessen the value of Paradigm's assets or prejudice the rights of policyholders, insureds, creditors, shareholders, agents, brokers, reinsurers, ceding companies or reinsurance treaty holders or the administration of this proceeding under Ind Code 27-9;

3

(B) All persons desirous of commencing, prosecuting or further prosecuting any suit, action or proceeding described in paragraph (A) above, are ordered to do so in this Court as part of this Receivership proceeding or, in the alternative, to seek the leave of this Court, with prior notice to the Rehabilitator and her counsel, to institute or prosecute such actions or proceedings elsewhere;

(C) All secured parties, pledgees, lien holders, collateral holders or other persons claiming a secured, priority or preferred interest in any property or assets of Paradigm, are hereby enjoined from taking any steps whatsoever to transfer, sell, encumber, attach, dispose of or exercise purported rights in or against any property or assets of Paradigm, without the prior written approval of the Rehabilitator;

(D) This Order is subject to Ind. Code 27-9-1-1, et seq., and is without prejudice to the rights of any person: (a) to request that a suit, action or proceeding described in paragraph (A) above be dismissed with or without prejudice or stayed; (b) to take any action directed toward such a dismissal or stay; or (c) to assert any claim against Paradigm or the Rehabilitator in this action; and

(E) The Rehabilitator is hereby authorized to employ, or continue the employment of, appropriate special or local legal counsel to represent the interests of Paradigm, its insureds and/or the Rehabilitator, all upon such terms and conditions as the Rehabilitator considers necessary, and to pay for such counsel out of the funds or assets of Paradigm.

DATED 3/22/01

_____
JUDGE, Marion Circuit Court

4

525CJ3

COPIES TO:

Donald J. Graham, Esq.
BINGHAM SUMMERS WELSH & SPILMAN
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Paradigm Insurance Company
9000 Wessex Place, Suite 300
Louisville, KY 40222

Queensway Financial Holdings Limited
90 Adelaide St. West, Suite 500
Toronto, Ontario M5H-3V9
Canada
                    -and-
Queensway Financial Holdings Limited
28819 Franklin Road, Suite 300
Southfield, MI 43034

5