*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Pardigm Insurance Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-175 |
| | § | |
| AK's Sports Pub Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER

THE COURT, HAVING BEEN ADVISED of the Notice of Seizure, Order of Rehabilitation, and Order of Injunctive and Other Relief of the Marion Circuit Court of the State of Indiana [Dkt. No. 10], hereby **STAYS** further proceedings in this matter and **VACATES** its Order [Dkt. No. 9] requiring the filing of a Joint Discovery/Case Management Plan until further notice.

DONE at Brownsville, Texas, this 9th day of April 2001.

Hilda G. Tagle
United States District Judge