IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **Pardigm Insurance Company,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-175 |
| **AK's Sports Pub Inc.,** | § § | |
| **Defendant.** | § § | |

## ORDER

BE IT REMEMBERED that on March 13, 2003, the Court on its own motion exercises its inherent powers to control its docket and prevent deleterious prosecution of cases and, hereby, **DISMISSES** this case without prejudice for want of prosecution.

DONE at Brownsville, Texas, this 13th day of March 2003.

_____
Hilda G. Tagle
United States District Judge